UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-20009-DPG

CHARLIE BUTLER,

    Plaintiff,

v.

FLY LOW, INC., d/b/a KING OF
DIAMONDS, a Florida Corporation; AK "N"
ELI, LLC d/b/a KING OF DIAMONDS, a
Florida Limited Liability Company;
KODRENYC, LLC, a Florida Limited
Liability Company; ELLIOT "ELI"
KUNSTLINGER, an individual; BRIAN
ABRAHAM, an individual; AKIVA "AK"
FEINSOD, an individual; and, AKINYELE
ADAMS, an individual;

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Charlie Butler, pursuant to Fed.R. Civ. P. 41(a)(1)(A)(i) and this Court's April 13, 2016 oral instructions during Status Conference, hereby dismisses the above action against Defendant, AKIVA "AK" FEINSOD, without prejudice.

Dated: April 14, 2016.

    By:/s/ *Ria N. Chattergoon*
    R. Martin Saenz, Esquire
    Fla. Bar No.: 0640166
    Email: msaenz@saenzanderson.com
    Ria N. Chattergoon, Esquire
    Fla. Bar No.: 15099
    Email: ria@saenzanderson.com

    SAENZ & ANDERSON, PLLC
    20900 N.E. 30th Avenue, Ste. 800
    Aventura, Florida 33180
    Telephone: (305) 503-5131

Case No.:0:15-CV-23162-CMA

Facsimile: (888) 270-5549

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By  /s/  Ria N. Chattergoon

## SERVICE LIST

**CHARLIE BUTLER v. FLY LOW, INC. d/b/a King of Diamonds**
Case No.15-CV-20009-DPG
**United States District Court, Southern District of Florida**

| | |
|---|---|
| **R. Martin Saenz, Esquire**<br>E-Mail: msaenz@saenzanderson.com<br>**Ria N. Chattergoon, Esquire**<br>E-Mail: ria@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 N.E. 30th Avenue, Ste. 800<br>Aventura, Florida 33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Counsel for Plaintiff* | Robert A. Stok, Esquire<br>E-mail: rstok@stoklaw.com<br>Florida Bar. No.: 857051<br>Johsua R. Kon Esquire<br>E-Mail: jkon@stoklaw.com<br>Florida Bar. No.: 0056147<br>Daniel A. Sands, Esquire<br>E-mail: dsands@stoklaw.com<br>Florida Bar. No.: 0103572<br>Stok Folk & Kon<br>18851 NE 29th Avenue,<br>Harbour Center, Suite 1005<br>Aventura, FL 33180<br>Telephone: (305) 935-4440<br>Facsimile: (305) 935-4470<br>*Counsel for Defendants* AK "N" Eli, KODRENYC and Kuntslinger<br><br>Howard Brodsky, Esq.<br>Gerald Tobin, P.A.<br>E-Mail: geraldtobinpa@aol.com<br>2701 South Bayshore Drive., Suite 102<br>Miami, Florida 33133 |

Case No.:0:15-CV-23162-CMA

Telephone: (305) 858-9020
Facsimile: (305) 858-6067
*Counsel for Defendant, Fly Low, Inc.*

Kenneth Ray Noble
Noble Law Firm P.A.
6199 North Federal Highway
Boca Raton, FL 33487
Telephone: (561) 353-9300
Facsimile: (305) 675-3383
*Counsel for Defendant, Brian Abraham*