UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-20009-DPG

CHARLIE BUTLER,

    Plaintiff,

v.

FLY LOW, INC., d/b/a KING OF
DIAMONDS, a Florida Corporation; AK "N"
ELI, LLC d/b/a KING OF DIAMONDS, a
Florida Limited Liability Company;
KODRENYC, LLC, a Florida Limited
Liability Company; ELLIOT "ELI"
KUNSTLINGER, an individual; BRIAN
ABRAHAM, an individual; AKIVA "AK"
FEINSOD, an individual; and, AKINYELE
ADAMS, an individual;

    Defendants.
_____

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Charlie Butler ("Plaintiff") and Defendant, Brian Abraham ("Defendant") (collectively, the "Parties"), pursuant to Rule 41, Fed.R.Civ.P., hereby stipulate to the dismissal of this action without prejudice. The Plaintiff has agreed to dismiss this action without prejudice as to Defendant. The Parties aver that there has been no monetary settlement in this matter or written settlement agreement between the Parties, and nothing for the Court to review to comply with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982). The Parties further agree that each party shall bear its own costs and attorneys' fees in connection with this action.

    Accordingly, the Parties respectfully request that this Court enter an Order dismissing this action according to the terms set out above, with each party to be responsible for payment of their attorneys' fees and costs.

Dated: June 22, 2016.

Case No.: 1:15-cv-20009-DPG

Respectfully Submitted,

| | |
|---|---|
| By:/s *Ria N. Chattergoon*<br>R. Martin Saenz, Esquire<br>Fla. Bar No.: 0640166<br>Ria N. Chattergoon, Esquire<br>Fla. Bar No.: 15099<br>Email: ria@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 NE 30th Avenue, Ste. 800<br>Aventura, Florida  33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Counsel for Plaintiff(s)* | By: */s Kenneth Ray Noble*<br>Kenneth Ray Noble<br>Noble Law Firm P.A.<br>6199 North Federal Highway<br>Boca Raton, FL 33487<br>Telephone: (561) 353-9300<br>Facsimile: (305) 675-3383<br>*Counsel for Defendant, Brian Abraham* |